UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1146

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER N. MERCER | ) | |

FILED

JAN 28 2011

DENNIS P. IAVAPONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

The Government's motion is hereby granted. The case is dismissed.

1-28-2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE